## LEE v. STATE. (No. 5676.)

(Court of Criminal Appeals of Texas. Feb. 18, 1920.)

Appeal from District Court, Bexar County; W. W. Walling, Special Judge.

Dick Lee was convicted of burglary, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. Under an indictment regularly presented and sufficient in form and substance, the appellant was charged with burglary, and by a jury convicted. The judgment is brought here for review, but is accompanied by neither statement of facts nor bill of exceptions. The motion for a new trial contains nothing authorizing reversal, or requiring discussion.

The judgment is affirmed.

## LEE v. STATE. (No. 5677.)

(Court of Criminal Appeals of Texas. Feb. 18, 1920.)

Appeal from District Court, Bexar County; W. W. Walling, Special Judge.

Dick Lee was convicted of theft, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft, and allotted three years in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. As the record thus presents the case, the judgment must be affirmed; and it is accordingly so ordered.

## OWENS v. STATE. (No. 5666.)

(Court of Criminal Appeals of Texas. Feb. 11, 1920.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

W. H. Owens was convicted of burglary, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. The appellant was indicted, tried, and convicted of burglary, and duly sentenced. The proceedings appear regular, in a court of competent jurisdiction, and the record is accompanied by neither bills of exceptions nor statement of facts presenting any question for review.

The judgment is affirmed.